# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Shamar Montgomery,

    Plaintiff,

v.

City of Columbus, et al.,

    Defendants.

Case No. 2:18-cv-187

Judge Michael H. Watson

Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

On March 6, 2018, the Magistrate Judge issued an order and report and recommendation ("R&R") recommending that this action be dismissed and granting Petitioner's motion to proceed in forma pauperis. ECF No. 2. Although the parties were advised of the right to file objections to the Magistrate Judge's R&R, and of the consequences of failing to do so, no objections have been filed.

The R&R, ECF No. 2, is **ADOPTED** and **AFFIRMED**. This case is **DISMISSED**. Plaintiff has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Clerk is **DIRECTED** to enter final **JUDGMENT**.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**